No. 26-364

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

CHRISTIN KYUNGSIK CHO; RICHARD ELGAR LYON III

Petitioners,

v.

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF
CALIFORNIA, LOS ANGELES

Respondent,

WALMART INC.,

Real Party in Interest.

Petition for Writ of Mandamus from the United States District Court
for the Central District of California
Case No. 2:24-cv-08211-RGK-MAR
Hon. R. Gary Klausner, District Judge

**MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO
MANDAMUS PETITION**

James R. Sigel
Jacob M. Harper
James H. Moon
Heather F. Canner
Joseph Elie-Myers
Matthew E. Ladew
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Fl.,
Los Angeles, CA 90071-3487
Telephone: (213) 633-6800
JamesSigel@dwt.com
*Attorneys for Real Party in Interest Walmart Inc.*

1

Pursuant to Federal Rule of Appellate Procedure 27(a) and Circuit Rule 31-2.2(b), Real Party in Interest Walmart Inc. respectfully moves for a 30-day extension of time from March 13, 2026, to April 13, 2026,[1] to file an answer to Petitioners' Petition for a Writ of Mandamus. Near the end of close of business on Friday, February 27, 2026, the Court called for a response within 14 days. This is Walmart's first request for an extension of time. On March 3, 2026, Walmart contacted Petitioners regarding this extension, and Petitioners indicated they oppose.

There is substantial need for an extension of the current due date.

Walmart's counsel has several other matters pending that interfere with Walmart's counsel's ability to prepare its response brief by the current deadline. Those include, but are not limited to: (1) a supplemental brief due March 9, 2026 in *Baker v. Seattle Children's Hospital*, No. 1045905 (Wash. S.Ct.); (2) depositions on March 9, 10, 12, and 13, 2026 in *People of the State of California v. The Kroger Co.*, No. 24CV03007 (Santa Barbara Cnty. Sup. Ct.); (3) a respondent's brief due on March 13, 2026 in *Zamora v. GT's Living Foods, LLC*, No. B343730 (Cal. Ct. App., 2d Dist.); (4) a response to a motion to dismiss due March 13, 2026, in *Cedarland Homes LLC v. Ferguson* (W.D. Wash.); (5) an opposition to a motion for class certification and several related filings due March 16, 2026, in *Patel v. GT's Living Foods, LLC*, No. 2:19-cv-10920-FMO-GJS (C.D. Cal.); (6) a respondent's brief due

---

[1] The 30th day is Sunday, April 12, 2026.

1

March 16, 2026 in *A Place for Rover, Inc. v. Wisconsin Labor and Industry Review Commission*, 2025AP002309 (Wis. Ct. App); and (7) a reply supporting a motion to strike due March 19, 2026, in *In re Amazon Consumer Speech Litigation*, No. 2:24-cv-00089-HDV-E (C.D. Cal.). A brief extension will allow Walmart's counsel sufficient time to prepare its answer.

The court reporter is not in default with regard to any designated transcripts. Walmart exercised diligence and will file a brief within the time requested.

For the foregoing reasons, Walmart respectfully requests that the Court grant an extension of time, to and including April 13, 2026, in which to file its answer.

Dated: March 4, 2026          Respectfully submitted,

*s/James R. Sigel*

James R. Sigel
Jacob M. Harper
James H. Moon
Heather Canner
Joseph Elie-Myers
Matthew E. Ladew
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
JamesSigel@dwt.com
*Attorneys for Real Party in Interest*
*Walmart Inc.*

2

## CERTIFICATE OF COMPLIANCE

I hereby certify that this *Motion for Extension of Time to File Answer to Mandamus Petition* complies with the word limit of Federal Rule of Appellate Procedure ("Rule") 27(d)(2)(A) because the motion contains 372 words. I further certify that this motion complies with the typeface and type-style requirements of Rules 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared using Microsoft Word in a proportionally spaced typeface, 14-point Times New Roman.

Dated: March 4, 2026

*/s/ James R. Sigel*