No. 26-364

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

---

*In re* CHRISTIN CHO and RICHARD LYON,

*Petitioners,*

v.

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT
OF CALIFORNIA, LOS ANGELES

*Respondent,*

WALMART INC.,

*Real Party in Interest.*

---

On Appeal from the United States District Court
for the Central District of California
The Honorable R. Gary Klausner Presiding
Case No. 2:24-cv-08211-RGK-MAR

---

## PETITIONERS' OPPOSITION TO MOTION FOR EXTENSION
## OF TIME TO FILE ANSWER TO MANDAMUS PETITION

---

Jonas Jacobson
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
(310) 656-7066
jonas@dovel.com

*Counsel for Petitioners*

Petitioners respectfully oppose Walmart's motion for a 30-day extension of time to respond to the petition.

Further delay would cause continuing prejudice. As explained in the petition, the sanctions order imposes ongoing reputational harm and potential professional consequences for counsel. Time is therefore of particular importance.

The need for prompt resolution is heightened by Walmart's refusal to agree to a stay of execution of the sanctions order, notwithstanding that this Court has ordered a response to the petition. Under these circumstances, an additional month of delay would unnecessarily prolong the harm that the petition seeks to address.

Plus, Walmart has had the mandamus petition since January 16, 2026, and thus has already had ample time to begin preparing its response.

For these reasons, Petitioners respectfully request that the Court deny Walmart's request for a 30-day extension.

Dated: March 5, 2026

Respectfully submitted,

*/s/ Jonas Jacobson*
Jonas Jacobson

1

2

DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069
jonas@dovel.com

*Counsel for Petitioners*

## CERTIFICATE OF COMPLIANCE

This response complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) in that the response contains 136 words, excluding the items exempted by Federal Rule of Appellate Procedure 32(f).

This response also complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 14-point Century Schoolbook font.

Dated: March 5, 2026

*/s/ Jonas Jacobson*
Jonas Jacobson

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 5th day of March, 2026, I caused

Petitioners' Opposition to Walmart Inc.'s Motion for Extension of Time

to File Answer to Mandamus Petition to be filed electronically with the

Clerk of the Court using the ACMS system, which will send notice of

such filing to counsel for all parties in the case.

Dated: March 5, 2026                    _/s/ Jonas Jacobson_
                                        Jonas Jacobson