# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** | 26-364

**Case Name** | Cho v. United States District Court for the Central District of California, Los Angeles

Hearing Location (*city*) | Pasadena

Your Name | James Sigel

List the sitting dates for the two sitting months you were asked to review:

June 8-12, 22-26
July 6-10

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

June 22-26: I have a pre-planned trip visiting family on the east coast.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | James Sigel    **Date** | March 6, 2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32** | *New 12/01/2018*